IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CAROL HERRING,

    Plaintiff,

v().

THE HONORABLE LESLIE GORBEY,

    Defendant.

CIVIL ACTION
NO. 17-278

## ORDER

**AND NOW**, this 27th day of November, 2017, upon review of Defendant's Motion to Dismiss (Docket No. 2), and all supporting and opposing papers, it is hereby **ORDERED** as follows:

1. Defendant's Motion to Dismiss (Docket No. 2) is **GRANTED** with prejudice.

2. Plaintiff's Motion for Permission to File Under Seal Any Medical Records and Motion to Extend Time to Amend Complaint (Docket No. 8.) is **DENIED**.

3. Plaintiff's Motion to Place Above Caption Pending Case in Abeyance Until State Administrative Underlying Decision is Rendered (Docket No. 9) is **DENIED**.

4. Plaintiff's Motion to File Under Seal (Docket No. 10) is **DENIED**.

               **BY THE COURT:**

               **/s/ Jeffrey L. Schmehl**
               Jeffrey L. Schmehl, J.